| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | 710 Sansome Street |
| 2 | San Francisco, CA 94111-1704 |
| | Tel: (415) 391-5400; Fax: (415) 397-7188 |
| 3 | Robert A. Van Nest - #84065 |
| | rvannest@kvn.com |
| 4 | Ashok Ramani - #200020 |
| | aramani@kvn.com |
| 5 | Rebekah Punak - #248588 |
| | rpunak@kvn.com |
| 6 | |
| | DECHERT LLP |
| 7 | 2440 W. El Camino Real, Suite 700 |
| | Mountain View, California 94040-1499 |
| 8 | Tel: (650) 813-4800; Fax: (650) 813-4848 |
| | James J. Elacqua - #187897 |
| 9 | james.elacqua@dechert.com |
| | Noemi C. Espinosa - #116753 |
| 10 | nicky.espinosa@dechert.com |
| | Hieu H. Phan - #218216 |
| 11 | hieu.phan@dechert.com |
| | Tina P. Soriano - #254777 |
| 12 | tina.soriano@dechert.com |
| 13 | Attorneys for Defendants |
| | MEDTRONIC, INC. and MEDTRONIC |
| 14 | VASCULAR, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| ABBOTT LABORATORIES, INC. and ABBOTT CARDIOVASCULAR SYSTEMS INC., | | Case No. C-08-04962 DLJ |
| | Plaintiffs, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS MEDTRONIC, INC. AND MEDTRONIC VASCULAR, INC. TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| v. | | |
| MEDTRONIC, INC. and MEDTRONIC VASCULAR, INC., | | |
| | Defendants. | IT IS SO ORDERED<br>_____<br>U.S. District Judge<br><br>November 26, 2008<br>_____<br>DATE |

Dechert LLP
Attorneys At Law
Silicon Valley

13321838

- 1 -

STIP TO EXTEND TIME FOR DEFENDANTS TO FILE
ANSWER OR OTHERWISE RESPOND TO FIRST
AMENDED COMPLAINT / CASE NO. C-08-04962 DLJ

Pursuant to Civil L.R. 6-1(a), Plaintiffs Abbott Laboratories, Inc. and Abbott Cardiovascular Systems, Inc. (collectively "Abbott") and Defendants Medtronic, Inc. and Medtronic Vascular, Inc. (collectively "Medtronic"), appearing through their respective counsel, hereby stipulate that Medtronic shall have an additional 30 days to answer or otherwise respond to Abbott's first amended complaint.  Accordingly, Medtronic shall answer or otherwise respond to Abbott's first amended complaint on or before January 7, 2009.

For Defendants MEDTRONIC, INC. and MEDTRONIC VASCULAR, INC.

Dated: November 25, 2008

By: _____/s/ James J. Elacqua_____
James J. Elacqua, SB No. 187897
Noemi C. Espinosa, SB No. 116753
Hieu H. Phan, SB No. 218216
Tina P. Soriano, SB No. 254777
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA  94040-1499
Tel:  (650) 813-4800
Fax:  (650) 813-4848

For Plaintiffs ABBOTT LABORATORIES, INC. and ABBOTT CARDIOVASCULAR SYSTEMS, INC.

Dated: November 25, 2008

By: _____/s/ David D. Headrick_____
David D. Headrick (*pro hac vice*)
Edward A. Mas II (*pro hac vice*)
Scott P. McBride (*pro hac vice*)
Kevin A. O'Connor (*pro hac vice*)
MCANDREWS, HELD & MALLOY
500 W. Madison Street, 34th Floor
Chicago, IL  60661
Tel:  (312) 775-8000
Fax:  (312) 775-8100

Robert F. McCauley III, SB No. 162056
FINNEGAN, HENDERSON, FARABOW, GARRET & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA  94304-1203
Tel:  (650) 849-6600
Fax:  (650) 849-6666

Dechert LLP
Attorneys At Law
Silicon Valley

13321838

- 2 -

STIP TO EXTEND TIME FOR DEFENDANTS TO FILE ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT / CASE NO. C-08-04962 DLJ

**FILER'S ATTESTATION**

I, James J. Elacqua, attest pursuant to General Order No. 45 that concurrence in the filing of this document has been obtained from the other signatory.

Dated:  November 25, 2008

                                                */s/ James J. Elacqua*
James J. Elacqua
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA  94040-1499
Tel:  (650) 813-4800
Fax:  (650) 813-4848

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

13321838

- 3 -

STIP TO EXTEND TIME FOR DEFENDANTS TO FILE ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT / CASE NO. C-08-04962 DLJ

## PROOF OF SERVICE

I, Deborah Brown, declare:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2440 W. El Camino Real, Suite 700, Mountain View, California 94040-1499. On November 25, 2008, I served a copy of the within document(s):

**STIPULATION TO EXTEND TIME FOR DEFENDANTS MEDTRONIC, INC. AND MEDTRONIC VASCULAR, INC. TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Mountain View, California addressed as set forth below.

☒ by transmitting via electronic mail the document(s) listed above to the electronic email addresses set forth on this date.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by causing to be personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Edward A. Mas II, Esq. (*Pro Hac Vice*)
emas@mcandrews-ip.com
David D. Headrick, Esq. (*Pro Hac Vice*)
dheadrick@mcandrews-ip.com
Scott P. McBride, Esq. (*Pro Hac Vice*)
smcbride@mcandrews-ip.com
Kevin O'Connor, Esq. (*Pro Hac Vice*)
koconnor@mcandrews-ip.com
MCANDREWS, HELD & MALLOY LTD
500 West Madison Street, 34th Floor
Chicago, IL 60661
Telephone:    312-775-8000
Facsimile:    312-775-8100

////
////

Dechert LLP
Attorneys At Law
Silicon Valley

13321838

PROOF OF SERVICE
CASE NO. C-08-04962 DLJ

| | |
|---|---|
| 1 | Robert F. McCauley III, Esq. |
| 2 | robert.mccauley@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW, |
| 3 |   GARRETT & DUNNER, L.L.P.<br>3300 Hillview Avenue |
| 4 | Palo Alto, CA  94304-1203<br>Telephone:     650-849-6600 |
| 5 | Facsimile:      650-849-6666 |

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on November 25, 2008, at Mountain View, California.


                                            /s/ Deborah Brown
                                                 Legal Secretary

Dechert LLP
Attorneys At Law
Silicon Valley

13321838

- 2 -

PROOF OF SERVICE
CASE NO. C-08-04962 DLJ