| | |
|---|---|
| 1 | **MCANDREWS, HELD & MALLOY, LTD.** |
|   | 500 West Madison Street, 34th Floor |
| 2 | Chicago, Illinois 60661 |
|   | Tel: (312) 775-8000; Fax: (312) 775-8100 |
| 3 | Edward A. Mas II (*pro hac vice*) |
|   | emas@mcandrews-ip.com |
| 4 | David D. Headrick (*pro hac vice*) |
|   | dheadrick@mcandrews-ip.com |
| 5 | Scott P. McBride (*pro hac vice*) |
|   | smcbride@mcandrews-ip.com |
| 6 | Kevin A. O'Connor (*pro hac vice*) |
|   | koconnor@mcandrews-ip.com |
| 7 |  |
|   | Attorneys for Plaintiffs |
| 8 | Abbott Laboratories, Inc. and Abbott Cardiovascular Systems Inc. |
|   |  |
| 9 | **KEKER & VAN NEST, LLP** |
|   | 710 Sansome Street |
| 10 | San Francisco, CA 94111-1704 |
|   | Telephone: (415) 391-5400; Fax: (415) 397-7188 |
| 11 | Robert Van Nest - # 84065 |
|   | rvannest@kvn.com |
| 12 |  |
|   | **DECHERT LLP** |
| 13 | 2440 W. El Camino Real, Suite 700 |
|   | Mountain View, CA 94040 |
| 14 | Tel: (650) 813-4811; Fax: (650) 813-4848 |
|   | James J. Elacqua - # 187897 |
| 15 | james.elacqua@dechert.com |
| 16 |  |
|   | Attorneys for Defendants |
| 17 | Medtronic, Inc. and Medtronic Vascular, Inc. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ABBOTT LABORATORIES, INC. and ABBOTT CARDIOVASCULAR SYSTEMS INC., | ) ) ) ) | C. A. No. 08-04962 DLJ |
|  | ) ) | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| Plaintiffs, | ) ) |  |
| v. | ) ) |  |
| MEDTRONIC, INC. and MEDTRONIC VASCULAR, INC. | ) ) ) |  |
| Defendants. | ) ) |  |

1  PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii), THE PARTIES TO THE ABOVE-TITLED
2  ACTION HEREBY STIPULATE AND AGREE AS FOLLOWS:
3  Plaintiffs Abbott Laboratories, Inc. and Abbott Cardiovascular Systems Inc., and Defendants
4  Medtronic, Inc. and Medtronic Vascular, Inc., hereby stipulate to the **DISMISSAL WITH**
5  **PREJUDICE** of this entire action, *Abbott Laboratories, Inc. & Abbott Cardiovascular Systems Inc.*
6  *v. Medtronic, Inc. & Medtronic Vascular, Inc.*, Case No. 08-04962 DLJ, with each party to bear its
7  own costs and fees.

Respectfully submitted,

McANDREWS, HELD & MALLOY, LTD.

Dated: July 29, 2009         /s/ Scott P. McBride
                             Scott P. McBride
                             Attorneys for Plaintiffs
                             Abbott Laboratories, Inc.
                             Abbott Cardiovascular Systems Inc.

KEKER & VAN NEST

Dated: July 29, 2009         /s/ Robert Van Nest
                             Robert Van Nest
                             Attorneys for Defendants
                             Medtronic, Inc.
                             Medtronic Vascular, Inc.

IT IS SO ORDERED
Judge D. Lowell Jensen
July 30, 2009